# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA FILED

2012 AUG 23  AM 8: 16

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

BRIAN TORRERO HERRERA,

               Defendant.

CASE NO. 12-cr-02455-AJB

SOUTHERN DISTRICT OF CALIFORNIA

BY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

X   of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/22/12

Jan M. Adler
U.S. Magistrate Judge